<u>UNDER THE CIVIL RIGHT ACT, 42 U.S.C § 1983</u>
<u>IN THE UNITED STATE DISTRICT COURT FOR THE AIKEN COUNTY DISTRICT OF</u>
<u>SOUTH CAROLINA</u>

<u>DEVIN WASHINGTON</u>

V.

<u>AIKEN COUNTY SHERIFFS OFFICE</u>

<u>INV. BRAD HERTZ</u>

<u>PHILISTY NEUMAN</u>

<u>MARCUS WASHINGTON</u>

<u>CAROL THOMAS</u>

<u>DOB - 10/28/93</u>
<u>SSN: 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</u>

RECEIVED
USDC CLERK, COLUMBIA, SC
2016 MAY 23  PM 12: 14

<u>DOCKET NO: 2013 GS0200019</u>

<u>WARRENT NO: 2017402107000046</u>

<u>(ADDRESS OF PARTYS)</u>
(1)
<u>AIKEN DEPARTMENT OF PUBLIC SAFETY</u>
<u>PO BOX 1177 / 251 LAURENS ST NW</u>
<u>AIKEN, SC 29801</u>
(2)
<u>513 SWAMP ROAD</u>
<u>BEECH ISLAND SC 29842</u>

<u>DEVIN WASHINGTON</u>
<u>WARE STATE PRISON</u>
<u>3620 N. HARRIS RD</u>
<u>WAYCROSS GA 31503</u>
(GDC #) 1001069250

# 78 WILLISTON RD
BEECH ISLAND SC 29842

## I. STATEMENT OF CLAIM

7-1-12 AIKEN COUNTY SHERIFF'S OFFICE WAS CONTACTED BY MARCUS WASHINGTON, CAROL THOMAS, PHILISTY NEWMAN. DEPUTY BACKENSTO RESPONDED TO THE PARTYS ADDRESS FOR AN ALLEDGE SHOOTING. DEPUTY BACKENSTO ADVISED LT. ABDULLAH OF THE INCIDENT WHO CONTACTED CID, ADVISED THAT THERE WAS NO NEED FOR CID TO RESPOND AT THAT TIME, THAT THERE WAS NO PHYSICAL EVIDENCE FOUND AT THE SCENE OTHER THAN THE BULLET HOLES ~~OTHER THE BULLET HOLES~~ IN THE RESIDENCE WHICH WHERE DOCUMENTED BY PHOTOGRAPH. 7-16-12 INV. BRAD WERTZ ATTEMPTED TO CONTACT PHILISTY NEWMAN BY PHONE NEGATIVE RESULTS. 7-23-12 INV. BRAD WERTZ MET WITH PHILISTY NEWMAN AND PROVIDED A BULLET THAT SHE FOUND IN HER BATH TUB. 7-24-12 INV. BRAD WERTZ OBTAINED WARRANTS FROM JUDGE INSLEY ENTERED INTO NCIC AS WANTED ARMED AND DANGEROUS (2012A0310700045, 46, 47, 48, 54, 55) 10-9-12 RICHMOND COUNTY AUGUSTA GA INDICTED DEVIN WASHINGTON, MARCUS WASHINGTON FOR SIMILAR TRANSACTION FOR AN ALLEDGE SHOOTING THAT TOOK PLACE IN RICHMOND COUNTY (7-5-12) DISTRICT ATTORNEY OBTAINED THE WARRENT BEFOR JUDGE DANIEL CRAIG 5-2-13 DURING THE STATE OF GEORGIA V.S MARCUS WASHINGTON, DEVIN WASHINGTON THE SUPERIOR COURT ALLOWED STATEMENTS, EVIDENCE FROM PHILISTY NEWMAN, MARCUS WASHINGTON AND CAROL THOMAS TO STAND BEFOR THE JURY TRIAL. WHICH THE DISTRICT ATTORNEY OFFICE CLEARLY BASTED THERE CASE AND CONVICTION OFF OF EVIDENCE, STATEMENTS FROM MRS. CAROL THOMAS, PHILISTY NEWMAN WAS EXTREAMLY HARMFULL AND CONTRODICTING TO ALL OF THE EVIDENCE AT HAND. A TOTAL OF (4) FOUR DIFFERENT STATEMENTS WAS MADE BY PHILISTY NEWMAN. 7-30-12 ON THE DAY OF ARREST INV. BRAD WERTS WAS ADVISED AND EVIDENCE WAS BROUGHT FORTH CONTRODICTING THE STORY AT HAND IA VOICE RECORDING. BRAD WERTZ FAILED TO TAKE HEED AND STILL EXUCUTED THE ARREST (30) DAYS

IN THE COUNTY JAIL OF AIKEN, SC WITH A BOND OF 45,000# 7-16-15 GEORGIA BOARD OF APPEAL ISSUED A DECISION WHICH SHOWS THE DAMAGE TO A FAIR TRIAL AND VIOLATIONS OF MY DUE PROCESS BECAUSE OF THIS FALSE ARREST ISSUED BY THIS COUNTY. 11-18-15 CASE WAS REMAINDER FOR CLEARIFICATION FOR THE RESIN OF WHY WAS THIS EVIDANCE ADMITTED, WHY DEVIN WASHINGTON WAS CONVICTED FOR POSSESION OF A FIRE ARM DURING THE COMMISSION OF A CRIME WITH NO CRIME OR NO FIRE ARM.

## II. RELIEF.

(1) FALSE ARREST - 300,000 #

(2) DEFAMATION - 200,000 #

(3) FALSE POLICE REPORT - 150,000 #

(4) VIOLATION OF UNITED STATES CONST., CIVIL RIGHTS ACT OF 1964 - 200,000 #

(5) DELIBERATE INDIFFERENCE - 200,000 #

(6) REINSTATEMENT OF COST - LAWYER FEE'S 20,000 # SOUTH CAROLINA LAWYER / 40,000 # GEORGIA LAWYER 15,000 # ECT. COST / LOSES.

(7) REINSTATEMENT OF RIGHTS

(8) RESTRAINING ORDER AGAINST THE COUNTY OF AIKEN

(9) ARREST WARRANT ISSUED AGAINST PARTYS.

_Devin Washington_ (signature)

DEVIN WASHINGTON
#1001069050
WARE STATE PRISON
3620 N. HARRIS RD
WAYCROSS GA 31503